IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TRACY K. BIGHAM, an individual, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. _____ ) |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, INC., a foreign corporation, | ) ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

**COMES NOW** Plaintiff in the above-styled cause, Tracy K. Bigham, by and through her undersigned counsel, Daniel C. Lemley, and, for the relief herein prayed, alleges as follows:

1. Plaintiff, Tracy K. Bigham, is an adult resident citizen of Tuscaloosa County, Alabama.

2. Defendant, United of Omaha Life Insurance Company, Inc., is a foreign corporation organized under the laws of the State of Nebraska and engaged in the business of providing life and disability insurance, and annuities, and at all times pertinent hereto was doing business in the State of Alabama.

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332 by reason of the diversity of citizenship of the parties and the amount in controversy, which exceeds the sum of $75,000, exclusive of interest and costs.

4. Defendant issued a policy whereby Defendant insured the life of Johnny Ray Bigham, who died on the 16th day of June, 2017, of which Defendant has had notice.

5. As a result, the amount of the policy is now due and Plaintiff is the beneficiary of the proceeds of said policy.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff demands judgment against Defendant in the sum of One Hundred Thousand and No/100 Dollars ($100,000.00), plus interests and costs. Plaintiff further requests that this Honorable Court award her such other, further and/or different relief as it deems necessary, just and proper.

Respectfully submitted this 7th day of August, 2017.

_____
Daniel C. Lemley (ASB-5803-M73D)
*Attorney for Plaintiff*

**OF COUNSEL:**
**ANDRES & LEMLEY, LLC**
2711 Sixth Street
Tuscaloosa, AL  35401
Telephone: (205) 345-3551
Facsimile:  (205) 345-0375
Email: lemley@andresandlemley.com