FILED
2017 Oct-09 AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| TRACY K. BIGHAM, ) | |
| ) | |
| Plaintiff/ ) | |
| Counterclaim Defendant, ) | |
| ) | |
| vs. ) | CASE NO. 7:17-CV-01331-RDP |
| ) | |
| UNITED OF OMAHA LIFE ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim Plaintiff/ ) | |
| Third Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JOYCE BIGHAM, ) | |
| ) | |
| Third Party Defendant. ) | |
| ) | |

### PLAINTIFF/COUNTERCLAIM DEFENDANT'S OBJECTION TO AND MOTION TO DISMISS THIRD PARTY COMPLAINT IN INTERPLEADER HERETOFORE FILED BY DEFENDANT/COUNTERCLAIM PLAINTIFF/THIRD PARTY PLAINTIFF

**COMES NOW** Plaintiff/Counterclaim Defendant in the above-styled cause, Tracy K. Bigham, by and through her undersigned counsel, Daniel C. Lemley, and, files this her objection to and Motion to Dismiss the Third Party Complaint in Interpleader heretofore filed by Defendant/Counterclaim Plaintiff/Third Party Plaintiff, United of Omaha Life Insurance Company, Inc., and says as follows:

1.  The Third Party Complaint heretofore filed by Defendant/Counterclaim Plaintiff/Third Party Plaintiff, United of Omaha Life Insurance Company, Inc., seeks to interplead a party who has no privity of contract through United of Omaha Life Insurance Policy #4920389 between Plaintiff/Counterclaim Defendant, Tracy K. Bigham, the named beneficiary as designated by her spouse and Decedent, Johnny R. Bigham, and Defendant/Counterclaim Plaintiff/Third Party Plaintiff, United of Omaha Life Insurance Company, Inc.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff/Counterclaim Defendant, Tracy K. Bigham, objects to the Third Party Complaint and moves to dismiss same and requests that this Honorable Court order Defendant/Counterclaim Plaintiff/Third Party Plaintiff, United of Omaha Life Insurance Company, Inc., to pay the Death Benefits of said Policy to Plaintiff/Counterclaim Defendant, Tracy K. Bigham, the named beneficiary as designated by her spouse, Decedent Johnny R. Bigham's, beneficiary endorsement of June 8, 2015 attached hereto as Exhibit "A".

Respectfully submitted this _____ day of _October_____, 2017.

_____
Daniel C. Lemley (ASB-5803-M73D)
*Attorney for Plaintiff/Counterclaim Defendant*

**OF COUNSEL:**
**ANDRES & LEMLEY, LLC**
2711 Sixth Street
Tuscaloosa, AL 35401
Telephone: (205) 345-3551
Facsimile: (205) 345-0375
Email: lemley@andresandlemley.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, filed through the CM/ECF system on this the ___6th___ day of October, 2017, will be sent to the following either electronically to registered participants as identified on the Notice of Electronic Filing, or via paper copy to those indicated as non-registered participants:

| | |
|---|---|
| John S. Johnson, Esq. | Henry T. Morrissette, Esq. |
| **HAND ARENDALL LLC** | **HAND ARENDALL, LLC** |
| 1801 5th Ave., N., Ste. 400 | Post Office Box 123 |
| Birmingham, AL 35203 | Mobile, AL 36601 |

/s/ Daniel C. Lemley
**Of Counsel**

**Change of Beneficiary**

Insured Name: Johnny R. Bigham
Social Security Number: 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

Insured Address: 14559 Lonnie Shirley Rd. Northport, Al. 35475
Telephone Number: 561-7788  205-442-1566 (crossed out)

Policyowner's Name: Johnny R. Bigham
Policy Number: 

**IMPORTANT!**
1. Proceeds payable must be expressed as percentages rather than dollar amounts.
2. Please use full given names. Examples: "Mary E. Doe" rather than "Mrs. John E. Doe."
3. Forms cannot be accepted which contain corrections or erasures.
4. If more space is needed for additional beneficiaries, please attach a separate sheet of paper or copy of this form.
5. Complete, sign and return this form for each Policy and/or Policy Rider for which you are requesting a change.

Mail completed form to: Mutual of Omaha
Mutual of Omaha Plaza
Omaha, NE 68175

Fax to: ATTN: Policyowner Services
402-997-1906

**Primary Beneficiary(ies)**

Name: Tracy K. Brown
Date of Birth: 10-7-63
Address: 14559 Lonnie Shirley Rd, Northport, Al 35475
Telephone: 205-292-2895
Social Security Number: 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
Relationship: Girlfriend
Benefit Percent: 100%

Name: 
Date of Birth: 
Address: 
Telephone: 
Social Security Number: 
Relationship: 
Benefit Percent: 

mistake

☑ Irrevocable Primary Beneficiary(ies): If this Box is checked, the Policy will be endorsed to show that the Primary Beneficiary(ies) named above is/are irrevocable. Future changes to the Policy and/or rider(s), including a change of beneficiary(ies), may not be made by the Policyowner(s)/Trustee(s) without the consent of the Irrevocable Primary Beneficiary(ies) shown above.

**Contingent Beneficiary(ies)**

Name: 
Date of Birth: 
Address: 
Telephone: 
Social Security Number: 
Relationship: 
Benefit Percent: 

Name: 
Date of Birth: 
Address: 
Telephone: 
Social Security Number: 
Relationship: 
Benefit Percent: 

Please see next page

L4237_1014

06/08/15   10:15 AM
Page 3

Unless otherwise shown above: (a) payment will be shared equally by all Primary Beneficiaries who survive the Insured; if none, by all Contingent Beneficiaries who survive the Insured; (b) the right to change the beneficiary is reserved unless otherwise stated; (c) the word "child" or "children" shall include legally adopted children.

No changes are binding until received and recorded by the company at the home office. We will record the change(s) and send a confirmation.

The company reserves the right to declare this form void and of no effect if it is incomplete or completed in an unsatisfactory manner.

As Policyowner, I hereby revoke any previous Beneficiary designation. I request that upon the death of the Insured named above all proceeds of the Policy and/or rider(s) covering the Insured be paid to the beneficiary(ies) as shown above.

X _[signature]_  6-8-15     X _____
Signature of Policyowner       Date        Signature of all current Irrevocable Primary Beneficiary(ies)
*If the Policyowner is a corporation or partnership, include   (if applicable)
 documentation indicating authorized signature(s).

X _____        X _____
Signature of Joint Policyowner (if applicable)   Date   Signature of all current Irrevocable Primary Beneficiary(ies)
*If the Policyowner is a corporation or partnership, include   (if applicable)
 documentation indicating authorized signature(s).

### For Massachusetts residents only:

State law requires that a disinterested adult, who is not a party to the Policy, witness any request to change the beneficiary arrangement.

X _____
Witness   Signature (Massachusetts only)

L4237_1014

06/08/15  10:15 AM                                                                 Page 4